UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
   BROCK STREETER

           Debtor
   SSN XXX-XX-9797

CASE NO. 04 B 29523

CHAPTER 13

JUDGE: JACK B SCHMETTERER

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

   The case was filed on 08/09/2004 and was confirmed 12/08/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured creditors 19.11%.

   The case was paid in full 09/17/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 1825.00 | .00 | 349.05 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| AMALGAMATED REALTY | UNSECURED | 2735.00 | .00 | 523.10 |
| GREGORY WILSON | NOTICE ONLY | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | FILED LATE | 4111.00 | .00 | .00 |
| R & R COUNTRY MOTORS INC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENCE FINANCIAL LLC | UNSECURED | 5411.49 | .00 | 1035.00 |
| T-MOBILE BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF CHICAGO HO | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERISTY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER PORTFOLIO | UNSECURED | 553.41 | .00 | 105.85 |
| ZALUTSKY & PINSKI LTD | REIMBURSEMENT | 36.00 | .00 | 36.00 |
| ZALUTSKY & PINSKI LTD | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 254.00 |
| DEBTOR REFUND | REFUND | | | 213.00 |

   Summary of Receipts and Disbursements:

---

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 4,716.00 | |
| PRIORITY | | 36.00 |
| SECURED | | .00 |
| UNSECURED | | 2,013.00 |
| ADMINISTRATIVE | | 2,200.00 |
| TRUSTEE COMPENSATION | | 254.00 |
| DEBTOR REFUND | | 213.00 |
| TOTALS | 4,716.00 | 4,716.00 |

PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 04 B 29523 BROCK STREETER

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/27/08                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE